**No. 11-88. Asid Mohamad, Individually and for the Estate of Azzam Rahim, Deceased, et al., Petitioners v. Palestinian Authority, et al.**

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1036, 2012 U.S. LEXIS 1072.

February 17, 2012. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 11A762. American Tradition Partnership, Inc., fka Western Tradition Partnership, Inc., et al., Applicants v. Steve Bullock, Attorney General of Montana, et al.**

565 U.S. 1187, 132 S. Ct. 1307, 181 L. Ed. 2d 1036, 2012 U.S. LEXIS 1075.

February 17, 2012. Application for stay, presented to Justice Kennedy, and by him referred to the Court, granted, and the Montana Supreme Court's December 30, 2011, decision in case No. DA 11–0081, is stayed pending timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon issuance of the mandate of this Court.

Same case below, 363 Mont. 220, 271 P.3d 1.

Statement of Justice **Ginsburg**, with whom Justice **Breyer** joins, respecting grant of the application for stay.

Montana's experience, and experience elsewhere since this Court's decision in *Citizens United* v. *Federal Election Comm'n*, 558 U.S. 310, 130 S. Ct. 876, 175 L. Ed. 2d 753 (2010), make it exceedingly difficult to maintain that independent expenditures by corporations "do not give rise to corruption or the appearance of corruption." *Id.*, at 558 U.S. 310, 130 S. Ct. 876, 175 L. Ed. 2d 753. A petition for certiorari will give the Court an opportunity to consider whether, in light of the huge sums currently deployed to buy candidates' allegiance, *Citizens United* should continue to hold sway. Because lower courts are bound to follow this Court's decisions until they are withdrawn or modified, however, *Rodriguez de Quijas* v. *Shearson/American Express, Inc.*, 490 U.S. 477, 484, 109 S. Ct. 1917, 104 L. Ed. 2d 526 (1989), I vote to grant the stay.